STATE of Missouri, Plaintiff/Respondent,

v.

Michael QUINN, Defendant/Appellant.

Michael QUINN, Movant,

v.

STATE of Missouri, Respondent.

Nos. 63401, 65467.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 22, 1994.

S. Paige Canfield, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from a conviction for conventional murder in the second degree, § 565.021.1, RSMo 1986, and armed criminal action, § 571.015, RSMo 1986, for which defendant was sentenced to life for murder and life for armed criminal action, to run consecutively. This appeal is consolidated with an appeal from the denial of appellant's motion to vacate judgment and sentence under Supreme Court Rule 29.15. The judgment of conviction is affirmed. Rule 30.15(b). The denial of post-conviction relief is affirmed. Rule 84.16(b).

Walter SHACKELFORD,
Employee/Appellant,

v.

KILLARK ELECTRIC COMPANY,
Employer/Respondent,

and

Liberty Mutual Insurance
Company, Insurer.

No. 66127.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 22, 1994.

David G. Plufka, St. Louis, for appellant.

John Winterscheidt, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Employee appeals the final award of the Labor and Industrial Relations Commission (Commission) denying employee disability compensation. We affirm. The order of the Commission is supported by competent and substantial evidence on the record as a whole and no error of law appears; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).